UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EFREN ESCOBAR-MENDOZA,


Petitioner,


v.                                          Civil Action 08-00949  (HHK)

MICHAEL MUKASEY, Attorney
General of the United States,

and

HARLEY G. LAPPIN, Director, Federal
Bureau of Prisons,

Respondents.

## ORDER DIRECTING RESPONDENT TO SHOW CAUSE

It is this 23rd day of June 2008 hereby

**ORDERED** that Respondent, by counsel, shall within 30 days of service of a copy of this

Order and the Petition herein file with the Court and serve on Petitioner a statement showing why

the Writ of Habeas Corpus should not be granted.  It is

**FURTHER ORDERED** that the Clerk of Court shall furnish a copy of the Petition and a

certified copy of this Order to the United States Marshal for the purpose of making service on

Petitioner's Custodian and the named Respondent, and is directed to send a copy of the Petition

to the United States Attorney for the District of Columbia and the United States Parole

Commission.

        **SO ORDERED.**

                                    Henry H. Kennedy, Jr.
                                    United States District Judge