UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EFREN ESCOBAR-MENDOZA,              ) | |
|        Petitioner              ) | |
| v.              ) | |
|              ) | Cv. No.1:08-CV-00949 (HHK) |
| MICHAEL MUKASEY, Attorney              ) | |
| General of the United States,              ) | |
| and              ) | |
| HARLEY G. LAPPIN, Director,              ) | |
| Federal Bureau of Prisons,              ) | |
|              ) | |
|        Defendant              ) | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Kacie M. Weston is counsel of record on behalf of the United States in the above-captioned case.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

\_\_/s/_____
KACIE M. WESTON
Assistant United States Attorney
Special Proceedings Section
Room 10-447
Washington, D.C. 20530
(202) 353-9870

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing notice of appearance has been served by mail to the defendant, Efren Escobar-Mendoza, #31637-018, FCI Oakdale, P.O. Box 5000, Oakdale, LA, 71463 this 22nd day of July, 2008.

_____
KACIE M. WESTON