UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EFREN ESCOBAR-MENDOZA,
    Petitioner

Cv. No. 08-CV-00949(HHK)

v.

MICHAEL MUKASEY, Attorney General of the United States,

and

HARLEY G. LAPPIN, Director, Federal Bureau of Prisons,
    Respondent

FILED
JUL 24 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the United States' Motion To Transfer Defendant's Petition For Writ of Habeas Corpus, and it appearing to the Court that the defendant's motion should be transferred to the United States District Court for the Western District of Louisiana, it is this 22nd day of July, 2008, hereby

**ORDERED** that the defendant may reply to the government's motion to transfer no later than August 19, 2008. If the defendant does not respond within that time, the Court will treat the matter as conceded, and transfer the defendant's motion to the United States District Court for the Western District of Louisiana, the district in which the defendant is incarcerated.

Henry H. Kennedy
United States District Judge