| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Efren Escivar-Nebdiza | 08-00949 HHK |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Michael Mukasey, Atty Gen'l. of US and Federal BOP — Harley G. Lappin, Dir | Order Directing Respondent to Show Cause |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Warden, @ F.C.I. Oakdale

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

Post Office Box 5000, Oak Dale, LA 71463

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

PLEASE NOTE: NOT PAUPER STATUS: THIS IS A **DIRECT ORDER** FROM THE JUDGE IN DISTRICT OF COLUMBIA. THIS ORDER ORIGINATES FROM THE JUDGE NOT THE PRISONER.

CARMEN NETTLES, ASA
W/LA (35)

RECEIVED UNITED STATES MARSHAL 2008 JUL 23

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF  ☐ DEFENDANT  TELEPHONE NUMBER  DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 16 | District to Serve No. 35 | Signature of Authorized USMS Deputy or Clerk *Francine / Jill DC / CN* | Date 7/7/08 6/27/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served (if not shown above): Melinda Harrington, SIS Tech

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode

Address (complete only if different than shown above):

Date of Service: 7/17/08   Time: 1430 pm

Signature of U.S. Marshal or Deputy: *B/Batt*

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $135/hr | $68.18/xx | | $203.18 | | $203.18/xx | |

REMARKS:
6/27/08: Forward to Wtrn. Dist. of LA (JADIS 08-00949

1 OUSM x 3hrs
120miles